**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHERYL N. WILLOUGHBY                                                                                     PLAINTIFF

v.                                         No. 4:15CV00634 JLH-JTR

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                         DEFENDANT

## ORDER

The Court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the timely objections filed by Cheryl N. Willoughby. After a *de novo* review of the record, the Court adopts the proposed findings and recommended disposition submitted by Judge Ray as the findings and disposition of this Court. The decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, to deny disability insurance benefits to Cheryl N. Willoughby is affirmed. The complaint of Cheryl N. Willoughby is dismissed with prejudice.

IT IS SO ORDERED this 15th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE