**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CHERYL N. WILLOUGHBY                                                                                   PLAINTIFF

v.                                             No. 4:15CV00634 JLH-JTR

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, to deny disability insurance benefits to Cheryl N. Willoughby is affirmed.  The complaint of Cheryl N. Willoughby is dismissed with prejudice.

IT IS SO ORDERED this 15th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE